**Electronically Filed
Supreme Court
SCWC-10-0000215
04-SEP-2012
12:13 PM**

NO. SCWC-10-0000215

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

WILLIAM LOEBEL, IV, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-000215; CR. NO. 09-1-0587)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Perkins, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant's application for writ of certiorari filed on July 25, 2012, is hereby rejected.

DATED: Honolulu, Hawai'i, September 4, 2012.

Summer M.M. Kupau for petitioner

Sonja P. McCullen for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard K. Perkins

